**Opinion issued July 26, 2018**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-18-00119-CV

—————————————

## SALOME OSUEKE, Appellant

## V.

## PS LPT PROPERTIES INVESTORS, Appellee

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1105083**

---

## MEMORANDUM OPINION

Appellant, Salome Osueke, proceeding pro se, has failed to timely file her appellate brief. *See* TEX. R. APP. P. 38.6(a)(1), (d), 38.8(a)(1). On June 4, 2018, the county clerk filed an info sheet in this Court stating that, after the clerk's record had been mailed to the appellant, it had been returned and marked as: "RETURN TO

SENDER[,] UNDELIVERABLE AS ADDRESSED[,] UNABLE TO FORWARD." On June 26, 2018, the Clerk of this Court notified appellant that her appeal was subject to dismissal for failure to timely file her appellate brief or an extension and a current mailing address and requested a response within 10 days of the date of that notice. *See* TEX. R. APP. P. 9.1(b), 38.6(d), 38.8(a)(1), 42.3(b). Appellant neither timely filed her brief nor provided the Clerk of this Court with any other address. *See* TEX. R. APP. P. 9.1(b) ("A party not represented by counsel must sign any document . . . and give the party's mailing address, telephone number, fax number, if any, and email address."); 38.8(a)(1), 42.3(c).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file an appellant's brief. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Massengale.

2